IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESEA BELYEU, et al, each individually and as class representatives,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AIR EVAC EMS, INC., d/b/a Air Evac Lifeteam,<br><br>　　　　Defendant. | Case No. 3:21-cv-00422-SPM |

# JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

　　**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiffs' Notice of Dismissal Without Prejudice filed October 21, 2021, (Doc. 28), against Defendant Air Evac EMS, Inc., d/b/a Air Evac Lifeteam, this action is **DISMISSED without prejudice,** each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　DATED:　October 22, 2021.

　　　　　　　　　　　　　　　　　　　　MARGARET M. ROBERTIE,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　s/ *Jackie Muckensturm*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


**APPROVED:** s/ *Stephen P. McGlynn*
　　　　　　　　**STEPHEN P. MCGLYNN**
　　　　　　　　**U.S. District Judge**